# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# THE HONORABLE Tracey N Wise

IN RE:                                                             CASE NUMBER 13-20528

James D Willman and Brandy L Willman

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 4/9/2013                                                     TIME: 10:00

APPEARANCES:
Foote, John

ISSUE:

| 9 | 3/29/2013 | Motion For Contempt, filed by Brandy L Willman, James D Willman. Hearing scheduled for 4/9/2013 at 10:00 AM at Covington Courtroom. (Attachments: # (1) Continuation of Main Document # (2) Proposed Order) (Foote, John) |

DISPOSITION:
Sub

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N Wise*
**Bankruptcy Judge**
**Dated: Tuesday, April 9, 2013**
**(cnt)**